Capital One
P.O. Box 85617
Richmond, VA 23276-0001


Conn Credit Corp.
P.O. Box 2358
Beaumont, TX 77704


David G. Peake
Chapter 13 Trustee
9660 Hillcroft, Suite 430
Houston, TX 77096


Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101


Kritzer Law Firm
12605 East Freeway, Suite 375
Houston, TX 77015


Mac Auto Sales
1016 Spencer Hwy
South Houston, TX 77587


Mackie Wolf Zientz & Mann, PC
Attorneys at Law
14160 Dallas Pkwy #900
Dallas, TX 75254


Maria Lucia Estrada
1509 5th St.
Galena Park, TX 77547


Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Ocwen Loan Servicing, LLC
PO Box 660264
Dallas, TX 75266-0264


Ocwen Loan Servicing, LLC
P.O. Box 24781
West Palm Beach, FL 33416


Ocwen Loan Servicing, LLC
P.O. Box 24738
West Palm Beach, FL 33416


Synchrony Bank/Conns
Att: Bankruptcy Dept
PO Box 965060
Orlando, FL 32896-5060


Target National Bank
c/o Target Credit Services
P.O. Box 1581
Minneapolis, MN 55440-1581


U.S. Trustee
515 Rusk
Suite 3516
Houston, TX 77002